ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

STEPHEN MEYER (CABN 263954)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5037
    Stephen,Meyer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE NOE RAMIREZ-AVELAR, <br><br> Defendant. | CASE NO. CR 17-0098-EJD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER <br><br> Hr'g: Status Hearing <br> Date: October 23, 2023 <br> Time: 1:30 p.m. <br> Judge: Hon. Edward J. Davila |

    The parties last appeared before the Court on August 28, 2023, and are next scheduled to appear before the Court on October 23, 2023. This case is trailing the defendant's RICO case (17-CR-0068), which is set for trial to commence on April 2, 2024. Therefore, the parties are requesting that the status

//
//
//
//
//
//

STIP AND [~~PROPOSED~~] ORDER
CASE NO. 17-CR-00098 EJD

1  conference for this case be continued to April 2, 2024.  The Court previously excluded time in this case
2  under the Speedy Trial Act through April 2, 2024.
3  SO STIPULATED.
4  DATED: October 17, 2023

ISMAIL J. RAMSEY
United States Attorney

    /s/
STEPHEN MEYER
Assistant United States Attorney

    /s/
GAIL SHIFMAN
Counsel for Defendant Jose Noe Ramirez-Avelar

STIP AND [~~PROPOSED~~] ORDER
CASE NO. 17-CR-00098 EJD                           2

1                                  **[PROPOSED] ORDER GRANTING STIPULATION**

2        The Court hereby continues the status conference from October 23, 2023, to April 2, 2024, which

3 is the trial date in the related RICO case (17-CR-0068).  The Court previously excluded time under the

4 Speedy Trial Act in this case through April 2, 2024.

5        IT IS SO ORDERED.

7 Dated:  October 18, 2023

                                        HONORABLE EDWARD J. DAVILA
                                        UNITED STATES DISTRICT JUDGE