1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  GEORGE O. HAGEMAN (CABN 332457)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5044
7       Fax: (408) 535-5081
        George.Hageman@usdoj.gov
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,           ) NO. 5:17-CR-00098-EJD
                                        )
14 |      Plaintiff,                    ) NOTICE OF DISMISSAL
                                        ) AND ORDER
15 |   v.                               )
                                        )
16 | JOSE NOE RAMIREZ-AVELAR,           )
                                        )
17 |      Defendant.                    )
                                        )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment against Jose Noe

21 Ramirez-Avelar.

22

23 DATED: December 9, 2024                        Respectfully submitted,

24                                                ISMAIL J. RAMSEY
                                                  United States Attorney
25

26                                                */s/*
                                                  MARTHA BOERSCH
27                                                Chief, Criminal Division

28

NOTICE OF DISMISSAL
No. 5:17-CR-00098-EJD

1    Leave is granted to the government to dismiss the indictment against Jose Noe Ramirez-Avelar.

2

3

4   Date: December 10, 2024

_____
HON. EDWARD J. DAVILA
United States District Judge